Mort A. Segall, of Champaign, for appellant; Reno, O'Byrne & Kepley, of Champaign (Vance I. Kepley, of counsel), for appellees, American Casualty Company and City of Champaign; Albert Tuxhorn and T. G. Knappengerger, Jr., of Champaign, for appellee, City of Champaign. Opinion by JUSTICE CRAVEN. Not to be published in full.

**People of the State of Illinois, Plaintiff-Appellee, v. Larry Jon Sax, Defendant-Appellant.**

**Gen. No. 10,695. (Abstract of Decision.)**

Fourth District.

June 6, 1966.

Eugene M. Pratt, of Peoria, for appellant; B. H. Hushen, State's Attorney of Woodford County, of Eureka, for appellee. Opinion by JUSTICE SMITH. Not to be published in full.